# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** September 16, 2021  **Time:** 1:50 - 2:00= 10 Minutes  **Judge:** EDWARD M. CHEN

**Case No.:** 19-cv-02921-EMC  **Case Name:** The Board of Trustees v. James Island Plastering, Inc.

**Attorney for Plaintiff:** Craig Schechter
**Attorney for Defendant:** Irvin James, Owner

**Deputy Clerk:** Angella Meuleman  **Court Reporter:** Ana Dub

## PROCEEDINGS HELD BY ZOOM WEBINAR

[48] Ex Parte Application re [46] Order - held.

## SUMMARY

Parties stated appearances.

The owner of Defendant James Island Plastering, Inc. appeared. The owner indicated that he was willing to comply with the audit ordered by the Court. The Court ordered the owner to contact the auditor Joe Shepherd by phone and email immediately (707-384-0891 (phone), jshepherd@lfao.org (email)). The Court warned the owner that failure to comply with the audit would result in penalties (i.e., contempt sanctions). The hearing on the motion for civil contempt was continued to 10/14/2021, at 1:30 p.m.

**[48] Ex Parte Application re 46 Order continued to October 14, 2021 at 1:30PM.**